IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Christopher Griffis,

    Petitioner,

v.

Keith Smith, Warden,

    Respondent.

Case No. 2:10-cv-68

Judge Michael H. Watson
Magistrate Judge Kemp

## OPINION AND ORDER

On January 27, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that this case be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
Michael H. Watson, Judge
United States District Court